# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**KEVIN TERRY**                                                                 **PLAINTIFF**

**VS.**                              **4:18-CV-00018-BRW-BD**

**A. WRIGHT**                                                                   **DEFENDANT**

## ORDER

I have received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Terry's claims are DISMISSED, without prejudice.

I certify that this dismissal constitutes a "strike" under 28 U.S.C. § 1915(g) and that an *in forma pauperis* appeal would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 7th day of February 2018.

/s/ Billy R. Wilson_____
UNITED STATES DISTRICT JUDGE