# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

KEVIN TERRY                                                                                          PLAINTIFF

VS.                                              4:18-CV-000018 BRW-BD

A. WRIGHT                                                                                           DEFENDANT

## JUDGMENT

Based on the Order entered today, this case is DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of February, 2018.


/s/ Billy Roy Wilson _____
UNITED STATES DISTRICT JUDGE